**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

NICOLETTE WILLIAMS,

    **Plaintiff,**

           **Case No.: 3:15-CV-03495-M**

v.

CREDIT ONE BANK,

    **Defendant.**

_____/

**STIPULATION AND AGREED ORDER**

   This matter comes before the Court pursuant to an agreement by the parties.  Plaintiff Nicolette Williams ("Plaintiff") and Defendant Credit One Bank ("Credit One"), by and through their undersigned counsel, have agreed to enter into binding arbitration of Plaintiff's claims against Credit One.  The parties request this Court grant the Motion to Compel Arbitration and to Dismiss Plaintiff's Claims for the reasons set forth in Credit One's motion and supporting memorandum (ECF No. 15 and 16).

   Upon review of the docket and other good cause shown, the Court finds the parties' request to be appropriate and well-taken.  Therefore, this Court **ORDERS** that:

   The Motion to Compel Arbitration and to Dismiss Plaintiff's Claims is **GRANTED**.  Plaintiff Nicolette Williams is **ORDERED** to submit this dispute to arbitration pursuant to the parties' written agreement to arbitrate.  Plaintiff's claims against Credit One are hereby **DISMISSED** without prejudice to her ability to pursue her claims in arbitration.

   **IT IS SO ORDERED** this _____ day of _____, 2016.

_____
HON. BARBARA M.G. LYNN

APPROVED:

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (877) 788-2864
aginsburg@creditlaw.com

Attorneys for Plaintiff

/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
SESSIONS, FISHMAN, NATHAN & ISRAEL
900 Jackson St., Ste. 440
Dallas, TX 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
wwhite@sessions.legal

Attorneys for Defendant,
Credit One Bank, N.A.